**UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Frankee T. HARRIS**
**Marine Science Technician Third Class (E-4), U.S. Coast Guard**

**CGCMG 0397**
**Docket No. 1496**

**29 August 2024**

General court-martial sentence adjudged on 04 August 2023.

| | |
|---|---|
| Military Judge: | CDR Emily P. Reuter, USCG |
| Appellate Defense Counsel: | LT Schuyler B. Millham, USCG |

**BEFORE**
**McCLELLAND, BRUBAKER & MANNION**
Appellate Military Judges

Per curiam:

A general court-martial of members with enlisted representation convicted Appellant, contrary to his pleas, of one specification of domestic violence, in violation of Article 128b, Uniform Code of Military Justice (UCMJ). Appellant was sentenced to reduction to E-2 and a bad-conduct discharge. Judgment was entered accordingly.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

**Decision**

We determine that the findings and sentence are correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,


Sarah P. Valdes
Clerk of the Court